```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X

                                              03 Civ. 7823(RWS)
IN RE LINENS ANTITRUST LITIGATION
                                              OPINION

-----------------------------------------X
```

**Sweet, D.J.**

The voucher administrator's letter, dated September 6, 2011, will be treated as a motion and will be heard at noon on Wednesday, October 5, 2011, in courtroom 18C.

It is so ordered.

**New York, NY**
**September** /6 **, 2011**

                                                **ROBERT W. SWEET**
                                                  **U.S.D.J.**

