UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------X

IN RE LINENS ANTITRUST LITIGATION

03 Civ. 7823(RWS)

<u>OPINION</u>

----------------------------------------X

**Sweet, D.J.**

      The voucher administrator's letter, dated September 6, 2011, will be treated as a motion and will be heard at noon on Wednesday, October 5, 2011, in courtroom 18C.

      It is so ordered.

**New York, NY**
**September** /6 **, 2011**

                                                        **ROBERT W. SWEET**
                                                           **U.S.D.J.**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/20/11